IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF Connecticut

Tiheba Bain
PETITIONER

v.

United States of America
RESPONDENT

CASE NO. 3:02 CR 153 (AHN)

***

MOTION FOR SENTENCING TRANSCRIPT

***

COMES NOW, the Petitioner, Tiheba Bain pro se and moves the Honorable Court pursuant to the Criminal Justice Act (18 U.S.C. §3006A) for an Order directing the Court to prepare the portions of the Sentencing Transcript of the Petitioner in the above Criminal Case reference. As grounds therefore, the Petitioner would show by the attached affidavit that he/she is indigent and without the necessary funds to purchase the needed transcript.

The Petitioner would request that an actual Sentencing Transcript be prepared at the United States expense since the parts of the requested records will be necessary for Executive Clemency
(State reason for request)

Respectfully Submitted,

Tiheba B.

CERTIFICATE OF SERVICE

I, Tiheba Bain, certify under the penalty of perjury pursuant to 28 U.S.C. 1746, that a true and correct copy of the foregoing has been placed in the Federal Correctional Institution mailbox in Danbury, Connecticut on this 27 day of November, 2006 in accordance with the prison mailbox rule **Houston v. Lack**, 487 U.S. 266 (1988), this above styled motion is deemed filed upon placement in the prison mail room and mailed to the following:

Honorable Judge Nevas
Clerk of Courts
U.S Courthouse Rm 211
915 Lafayette Blvd
Bridgeport CT 06604

So served,

Tiheba B—

Nancy Gifford U.S Attorney
Abraham A. Ribicoff Federal Building
450 Main Street Rm 328
Hartford CT 06103